United States District Court
Eastern District of California

Julius Stewart
Plaintiff(s)

V.

Experian Information Solutions, Inc. et al.
Defendant(s)

Case Number: 2:25-cv-03455-DAD-SCR

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dylan Kossar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Experian Information Solutions, Inc.

On 05/16/2025 (date), I was admitted to practice and presently in good standing in the New York State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2026 Signature of Applicant: /s/ Dylan Kossar

**Pro Hac Vice Attorney**

Applicant's Name: Dylan Kossar

Law Firm Name: Goodwin Procter LLP

Address: 620 Eighth Avenue

City: New York State: NY Zip: 10018

Phone Number w/Area Code: (212) 813-8800

City and State of Residence: New York, NY

Primary E-mail Address: dkossar@goodwinlaw.com

Secondary E-mail Address: ____________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Laura Brys

Law Firm Name: Goodwin Procter LLP

Address: 601 S. Figueroa Street, Suite 4100

City: Los Angeles State: CA Zip: 90017

Phone Number w/Area Code: (213) 426-2500 Bar # 242100

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 23, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT